IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID ANDERSEN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-538-RP |
| KEN PAXTON, et al., | § § | |
| Defendants. | § § | |

## **ORDER**

Plaintiff filed his complaint on May 12, 2023. (Dkt. 1). There is no indication that he timely served any Defendant with his complaint and the summons. Noting Plaintiff's lack of action to advance this case, the Court issued an order to show cause on August 16, 2023. (Dkt. 3). The Court ordered Plaintiff to either: (1) show cause, in writing, as to why this action should not be dismissed for want of prosecution or (2) file dismissal papers on or before September 6, 2023. (*Id.*). Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Given that this case has been pending for four months with no action taken by Plaintiff to advance the case, the Court finds that there is a clear record of inaction and nonresponsiveness that would justify dismissing this action for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant in this action are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** on September 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE